# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **LORAINE L. WITCHER,** Plaintiff, v. **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** Defendant. | CV 13-89-BLG-CSO  ORDER |

The Defendant, the Acting Commissioner of Social Security, by the undersigned Special Assistant United States Attorney for the District of Montana, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Defendant for further administrative proceedings. *See ECF 21*.

There being no objection by Plaintiff, IT IS ORDERED that the motion (*ECF 21*) is GRANTED. The Social Security Administration's Appeals Council must, as indicated in the motion, issue a corrected partially favorable decision, finding Plaintiff disabled when she reached age 50 on August 5, 2011, under Medical-Vocational Rule 201.14. As for the period prior to August 5, 2011, the Appeals Council may, as indicated in the motion, find Plaintiff not disabled using Rule 201.21 as

a framework and also relying on the jobs identified by the vocational expert.

IT IS FURTHER ORDERED that, pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, the Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g) and **REMANDED** to the Commissioner for further administrative proceedings as set out above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

The Clerk of the Court must enter a separate Judgment accordingly.

DATED this 17th day of March, 2014.

> **/S/ Carolyn S. Ostby**
> **United States Magistrate Judge**