UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LORAINE L WITCHER, | Case No. CV-13-89 -BLG-CSO |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| CAROLYN W. COLVIN, *Acting Commissioner of Social Security,* | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.
the

**IT IS ORDERED** that Defendant's Unopposed Motion for Entry of Judgment with Order to Remand is **GRANTED**;

**IT IS FURTHER ORDERED** that the Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g) and **REMANDED** to the Commissioner for further administrative proceedings as set out in the order filed on 3/17/2014; ECF entry 22.

Dated this 17th day of March, 2014.

TYLER P. GILMAN, CLERK
By: /s/ A. Lambott
A. Lambott, Deputy Clerk